## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

ANGELA S. ADAMS,

    Plaintiff,

v.                                              Case No. 3:14cv407/MCR/EMT

HAROLD POOL, in his
individual capacity as an
Escambia County Sheriff's Deputy,

    Defendant.
_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated October 15, 2015. (ECF No. 54). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.	Plaintiff's Motion for Sanctions for Concealing Evidence (ECF No. 33) is **GRANTED** to the extent that she is awarded reasonable costs and attorney's fees related to filing the Motion, further responding to court orders, and attending the hearing in this matter.[1]

3.	Plaintiff is permitted to file an amended response to Defendant Pool's motion for summary judgment (ECF No. 30) within **TWENTY-ONE (21) DAYS** of the date of this Order.

**DONE AND ORDERED** this 20th day of November 2015.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] The record should reflect that although Plaintiff has requested sanctions, the Court is not imposing sanctions against defense counsel, as no sanctionable conduct has occurred. Rather, the award of costs and attorney's fees is made pursuant to Federal Rule of Civil Procedure 37(a)(5), which does not require any finding of bad faith, and thus no such finding is made.